1  William Fayette Taylor - SBN 88157
   Law Office of William F. Taylor
2  2000 Center Street, Suite 300
   Berkeley, CA 94704-1223
3  vox: (510) 644 8118

4  Attorney for Plaintiff
   Diane Tran
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DIANE TRAN, an individual          CASE NO. **C 03 3601 JF**

12          Plaintiff,                NOTICE OF SETTLEMENT
            v.
13

14 LEHRER MANAGEMENT
   COMPANY, INC., a corporation,
15

16
            Defendant.
17 _____

18

19     NOTICE IS HEREBY GIVEN that a settlement in this matter was reached on

20 May 19, 2004 utilizing the assistance of private mediator Thomas Denver.

21     A Mediation Settlement Agreement was signed by the parties and is now in the

22 process of being performed.

23

24
   Dated: May 20, 2004              _____
25                                        William F. Taylor
                                          Attorney for Plaintiff
26

27

28