1 William Fayette Taylor - SBN 88157
Law Office of William F. Taylor
2 2000 Center Street, Suite 300
Berkeley, CA 94704-1223
3 vox: (510) 644 8118

4 Attorney for Plaintiff
Diane Tran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE TRAN, an individual | CASE NO. **C 03 3601 JF** |
| Plaintiff, | |
| v. | NOTICE OF DEFENDANT'S PERFORMANCE OF MEDIATION SETTLEMENT AGREEMENT |
| LEHRER MANAGEMENT COMPANY, INC., a corporation, | |
| Defendant. | |

NOTICE is hereby given that Defendant Lehrer Management Company, Inc. has now paid to Plaintiff Diane Tran the sum of $100,000 (one-hundred thousand dollars) and has performed its obligations under the terms of the Mediation Settlement Agreement signed by the parties on May 19, 2004.

Dated: June 30, 2004

_____
William F. Taylor
Attorney for Plaintiff Diane Tran

\Settlement Notice 2